IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

LISA MARLENE TOLER,

           Plaintiff,

v.                                       CIVIL ACTION NO.   5:15-cv-16170

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

           Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 4) entered on December 16, 2015, this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 6, 2017, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 13) wherein it is recommended that this Court grant the *Plaintiff's Memorandum in Support of Judgment on the Pleadings* (Document 10) to the extent the Plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g); deny the Defendant's *Brief in Support of Defendant's Decision* (Document 11); reverse the final decision of the Commissioner; remand this matter for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and dismiss this matter from the Court's docket.

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by January 23, 2017, and none were filed by either party. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that districts courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*. The Court **ORDERS** that: the *Plaintiff's Memorandum in Support of Judgment on the Pleadings* (Document 10) be **GRANTED** to the extent the Plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g); the Defendant's *Brief in Support of Defendant's Decision* (Document 11) be **DENIED**; the final decision of the Commissioner be **REVERSED**; this matter be **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and this matter be **DISMISSSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER: January 24, 2017

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2